

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Celeste Salinas,

\* From the County Court at Law
of Ector County,
Trial Court No. CCL-22888.

Vs. No. 11-22-00355-CV

\* October 19, 2023

Jerry Patterson,

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of prosecution. Therefore, in accordance with this court's opinion, the appeal is dismissed.